UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.5:10-CR-37-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL RAY WOODS, | ) | |
| Defendant. | ) | |

This matter is before the court on Motion to Withdraw as Attorney of Record [DE-22] filed by defense counsel. The court will address the motion at a status conference prior to the arraignment scheduled on July 19, 2010, and make any necessary rulings at that time. The parties should be prepared to go forward with arraignment on July 19, 2010.

SO ORDERED.

This the 5th day of July, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge