IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-37-1F(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **AMENDED ORDER CONTINUING TRIAL** |
| v. | ) | |
| | ) | |
| MICHAEL RAY WOODS | ) | |

The Clerk of Court is DIRECTED to reschedule and notice trial in this case to this court's **November 8, 2010,** term of court in Wilmington, North Carolina, at **10:00 a.m.**

All time from the date of the original order until the re-scheduled trial is excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161(c)(1). The ends of justice served by taking this action outweigh the best interest of the public and defendant in a speedy trial. The failure to grant the continuance would deny counsel for the defendant reasonable time for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED, this 10th day of August, 2010.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE