IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-37-1F(4)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **AMENDED ORDER CONTINUING TRIAL** |
| v. | ) | |
| | ) | |
| MICHAEL RAY WOODS | ) | |

For good cause shown, the Government's uncontested Motion to Continue is ALLOWED, and trial in this matter is hereby CONTINUED to this Court's **December 6, 2010,** term of court in Wilmington, North Carolina.

All time from the date of the original order until the re-scheduled trial is excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161(c)(1). The ends of justice served by taking this action outweigh the best interest of the public and defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The failure to grant the continuance would unreasonably deny the Government continuity of counsel, and would deny the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED, this 30th day of September, 2010.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE