UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-37-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL RAY WOODS, | ) | |
| Defendant. | ) | |

This matter is before the court on defense counsel, Douglas E. Kingsbery's, motion to withdraw as counsel of record for Defendant Michael Ray Woods [DE-43]. Defense counsel has notified the court that Defendant has declined all efforts to communicate with counsel. Consequently, defense counsel believes that he is unable to effectively or competently prepare for trial or otherwise represent Defendant in this matter. The court notes that Defendant is currently being represented by his third counsel, with two other attorneys being allowed to withdraw as counsel. Therefore, Defendant has been provided ample opportunities for effective legal representation.

Accordingly, defense counsel's motion to withdraw as counsel of record for Defendant is PARTIALLY ALLOWED [DE-43]. Defendant may proceed with current counsel or may proceed with new counsel. Defendant may also proceed *pro se* with current attorney as stand-by counsel. However, the trial will remain scheduled for the **December 6, 2010** term of court.

SO ORDERED.

This the 12th day of November, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge