UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.5:10-CR-37-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL RAY WOODS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Oral Motion to Continue trial in this matter, presently set for December 6, 2010 term of court.

For GOOD CAUSE SHOWN, Defendant's Oral Motion to Continue is ALLOWED, and trial in this matter are hereby CONTINUED to the term of court commencing on **January 31, 2011.** The court finds that the ends of justice served by this continuance outweigh the interests of the Defendant and the public in a speedy trial. Any period of delay occasioned by this continuance therefore shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED.

This the 16th day of December, 2010.

James C. Fox
Senior United States District Judge