UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:10-CR-37-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL RAY WOODS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, May 9, 2011, in Wilmington. The case is hereby CONTINUED to June 6, 2011 term of court in Wilmington, North Carolina.

This, the 21st day of April, 2011.

_____
James C. Fox
Senior U.S. District Judge