UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-37-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER SEALING TRIAL EXHIBITS** |
| v. | ) | **EXHIBITS PURSUANT TO FED. R.** |
| | ) | **CRIM. P. 49.1(d)** |
| MICHAEL RAY WOODS | ) | |

This matter is before the Court on the Government's motion for an order, pursuant to Fed. R. Crim. P. 49.1, to seal original trial exhibits 1-26, 29, 40-61, 67-68, 71, 73-74, 76, 100-167, and 170-203 to protect confidential information from public view. In support of its motion, the Government has herewith provided redacted copies of such trial exhibits to the Clerk of Court for inclusion in the public record of this case.

THEREFORE, IT IS HEREBY ORDERED THAT, in accordance with Fed. R. Crim. P. 49.1(d), trial exhibits 1-26, 29, 40-61, 67-68, 71, 73-74, 76, 100-167, and 170-203 are hereby sealed.

This, the 26th day of May, 2011.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE