IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00037-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL RAY WOODS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Production of Transcripts and for other Relief [DE-115]. In his motion, Defendant asserts that on or about April 15, 2013, he mailed a letter and a $400 check to court reporter Stacy Schwinn. Defendant further asserts that for reasons unknown to him, his check was returned and he did not receive the requested transcripts. Defendant requests that the undersigned direct Schwinn to accept his tendered check and deliver to him the requested transcripts.

The court has been advised by Schwinn that she did not receive the check Defendant claims to have mailed to her. Therefore, Defendant is advised that if he wishes to receive the requested transcripts, he should submit the check once again to Schwinn. Accordingly, Defendant's Motion for Production of Transcripts and for other Relief [DE-115] is DENIED.

SO ORDERED.

This, the 16th day of September, 2013.

JAMES C. FOX
Senior United States District Judge